Name of Attorney  David Jewkes, Creditor
Bar #  n/a
Address  113 Tesoro Drive
         Las Vegas, NV
Phone #  702.747.0263
e-mail address  dljewkes@gmail.com

RECEIVED AND FILED
2015 APR 16  PM 12 51
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

Timothy / Kristen Taylor

Debtor(s).

Bankruptcy No.: 08-19187
Chapter 13

MOTION TO WITHDRAW MONEY UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

There was a dividend check in the amount $ 2,829.43 in the above- named case issued to David Jewkes. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☑ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because **(Please state the basis for your claim to the moneys)**

These funds were sent to me (David Jewkes) at an old address; which has subsequently come to my attention. I would like to recover these funds.

Please attach copies of any supporting documentation.[1]

Date: April 16, 2015

*[signature]*

Signature of Claimant or Attorney

David Jewkes
Printed Name

113 Tesoro Drive
Las Vegas, NV 89144
Mailing Address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

2