1

2

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

3 | In re: TIMOTHY W. TAYLOR )

4 | KRISTEN L. TAYLOR )

5

6

                            Debtor )

BK-08-19187-btb
Chapter 13

Hearing Date: N/A
Hearing Time: N/A

7

## DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS

8 The request for payment of Unclaimed Funds that was submitted by <u>David Jewkes</u> has been found

9 deficient.   The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office.   If

10 the following deficiencies are remedied, an order will be forwarded to the judge.

11

12

13

14

15

16

17

|  |  |
|---|---|
| ____ | Motion to Payment of Unclaimed Funds. |
| ____ | Affidavit for reimbursement. |
| _X_ | Affidavit of service to the U.S. Attorney. |
| ____ | Limited power of attorney or assignment. |
| ____ | Fee agreement required by local rule 3011(a)(1)(B) |
| _X_ | Supporting documentation required (see comments) |
| _X_ | Photocopy of current identification |
| ____ | Address does not match on notice of unclaimed funds. |
| ____ | Fees have been paid out previously on schedule #_____ |
| ____ | Other _____ |

18 Comments: The affidavit of service needs to be filled out. Please provide current photo id for David Jewkes and proof of address for 3800 Howard Hughes Pkwy Ste 1200

19

20 Unless otherwise  noted, the original documentation has been filed and docketed.  **Your request cannot be processed until this documentation is filed with the court.**

21 If you have any questions, contact the Unclaimed Funds Department at (702) 527-7086 or

22 Financial@nvb.uscourts.gov

23 Date: 5/29/2015

                              Karina Magallanes
                             Deputy Clerk

24

25

## CERTIFICATE OF MAILING

26 I certify that a copy of this notice was mailed to the submitting parties listed above, on 5/29/2015 by K.Magallanes.

27

28 Updated 11/09